

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-20-00224-CR |
| EX PARTE: | § | Appeal from the |
| MELISSA BUCKELY, | § | 243rd District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 20190D03405) |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion for voluntary dismissal of this appeal and concludes the appeal should be dismissed. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST OF MARCH, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.